1  BERT O. MITCHELL, ESQ.
   Nevada Bar No. 1122
2  ROGERS, MASTRANGELO, CARVALHO & MITCHELL
   300 South Fourth Street, Suite 710
3  Las Vegas, Nevada 89101
   Phone (702) 383-3400
4  Fax (702) 384-1460
   Attorneys for Defendant
5

6

7                    UNITED STATES DISTRICT COURT

8                         DISTRICT OF NEVADA

9

10 JERRY GELFER,                      )   CASE NO.: 2:11-cv-01013-PMP-GWF
                                      )
11                                    )
              Plaintiff,              )
12                                    )
   v.                                 )
13                                    )
   MERCURY INSURANCE COMPANY, a       )
14 foreign corporation; DOES I through V; and )
   ROE CORPORATIONS VI through X,    )
15 inclusive,                         )
                                      )
16            Defendants.             )
                                      )
17

18

19                        **STIPULATION FOR DISMISSAL**

20       IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto, through

21 their respective counsel of record, that the Complaint in the above-entitled matter be dismissed with

22 prejudice, all parties to bear their own costs and attorney's fees.

23

24 ///

25 ///

26 ///

27 ///

28 ///

1   Trial has not been set and no motions are pending.

2

3   DATED this 18 day of August, 2011.         DATED this 25th day of Aug, 2011.

4   WALSH & FRIEDMAN, LTD.                     HAGER & DOWLING

5

6   _____                _____
    Robert J. Walsh, Esq.                      Benjamin J. Carman, Esq.
7   Nevada Bar No. 3836                        California Bar No. 253519
    400 South Maryland Parkway                 319 East Carrillo Street
8   Las Vegas, Nevada 89101                    Santa Barbara, California 93101
    *Attorney for Plaintiff*                   *Attorneys for Defendant*
9

10

11  DATED this 25th day of August, 2011.       IT IS SO ORDERED.

12  ROGERS, MASTRANGELO, CARVALHO &
    MITCHELL
13
                                               _____
14  _____
    Bert O. Mitchell, Esq.                     PHILIP M. PRO
15  Nevada Bar No. 1122                        UNITED STATES DISTRICT
    300 South Fourth Street, Suite 710         JUDGE
16  Las Vegas, Nevada 89101
    *Co-Counsel for Defendant*                 Dated: August 25, 2011.
17

18

19  Submitted by:

20  ROGERS, MASTRANGELO, CARVALHO &
    MITCHELL
21

22  _____
    Bert O. Mitchell, Esq.
23  Nevada Bar No. 1122
    300 South Fourth Street, Suite 710
24  Las Vegas, Nevada 89101
    *Co-Counsel for Defendant*
25

26

27  M:\Mitchell\Mercury Ins. adv. Gelfer\Pleadings\StipDismiss.wpd

28